UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL W. RICHARDSON** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 13-2443** |
| **N. BURL CAIN, WARDEN** | * | **SECTION: "C"(1)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, IT IS ORDERED that the petition of Daniel W. Richardson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, be, and the same is hereby DENIED WITH PREJUDICE.

New Orleans, Louisiana, this __20___ day of ___December_____, 2013.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL W. RICHARDSON** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 13-2443** |
| **N. BURL CAIN, WARDEN** | * | **SECTION: "C"(1)** |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of the defendant, N. Burl Cain, Warden and against petitioner, Daniel W. Richardson, denying with prejudice his petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254.

New Orleans, Louisiana, this __20__ day of __December_____, 2013.

_____
UNITED STATES DISTRICT JUDGE